IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK HOLBROW,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 2:21-cv-819 |
| **MYLIFE.COM, INC,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW,** this 1st day of April, 2021, following a telephone conference on Defendant's letter requesting a pre-motion conference (ECF No. 6), and Plaintiff's letter in response (ECF No. 7), it is hereby **ORDERED** that **within thirty (30) days of the date of this Order**, the parties shall meet and confer and submit a joint update letter.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**